# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

## No. 14-15334

_____

**Danielle Tacoronte**

      **Plaintiff-Appellant,**

**vs.**

**Marc B. Cohen and Greenspoon Marder, PA**

      **Defendants,**

### ATTORNEY NOTICE TO COURT OF 30 DAY SUSPENSION

Comes now, Defendants Attorney, J. Marshall Gilmore, and files this notice to the presiding Circuit Court Judge notice of his suspension for thirty days beginning April 10, 2016 and ending May 11, 2016 as follows:

1. Defendants attorney of record is starting a thirty day suspension from the practice of law On April 10, 2016 which will end on May 11, 2016. Please see Order of Suspension attached.

                                          Respectfully submitted,

                                          __**s/ *J. Marshall Gilmore*__
                                          J. Marshall Gilmore, Esq. FBN 840181
                                          Attorney for Defendants Gursky
                                          1936 Lee Road, Suite 100
                                          Winter Park, FL 32789
                                          (321) 591-9922
                                          (321) 234-0207 fax
                                          mgilmore@mgilmorelaw.com

## Certificate of Service

I certify that a copy hereof has been furnished to all parties listed below by email this __10th__ day of April, 2016.

John H. Pelzer, Esq.
100 W. Cypress Creek Rd
Fort Lauderdale, FL 33309

`                                        __s/ J. Marshall Gilmore_____
                                             Attorney for Defendants